**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| JOANNE BRANHAM, INDIVIDUALLY AND AS THE ADMINISTRATRIX OF THE ESTATE OF FRANKLIN DELANO BRANHAM | : No. 39 EAL 2014 <br> : <br> : <br> : Petition for Allowance of Appeal from the <br> : Order of the Superior Court <br> : |
| v. | : <br> : <br> : |
| ROHM AND HAAS COMPANY, MORTON INTERNATIONAL, INC., ROHM AND HAAS CHEMICALS, LLC, HUNTSMAN POLYURETHANES, MODINE MANUFACTURING COMPANY, AND HUNTSMAN | : <br> : <br> : <br> : <br> : <br> : <br> : |
| PETITION OF:  ROHM AND HAAS COMPANY AND MORTON INTERNATIONAL, INC. | : <br> : <br> : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 25th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.